UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 04-565 (RBW)  *04-562*  **UNSEALED** |
| ALLAN BAILEY, a/k/a Allan Bayley a/k/a/ "Stitch" | : : : |
| | : **FILED UNDER SEAL** |
| HARRY WRIGHT III, a/k/a/ Harry Woods a/k/a/ "Hollywood" | : : : |
| CLARISSA LEONARD, | : **FILED** |
| SHIRLENE WILLIAMS, | : MAY 2 4 2005 |
| Defendants | : NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

ORDER

Upon consideration of the Government's Motion to Seal the Indictment, it is hereby

ORDERED, this __24th__ day of May 2005, that the Motion to Seal, the Indictment, and this Court's ORDER be sealed until further Order of this Court.

It is further:

ORDERED, that the Government may disclose the Indictment to persons necessary to effect the arrest and/or extradition of the defendants.

_____
ALAN KAY
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

DATE: 5-24-05